UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDWARD ADAMS, | Case No. 3:22-cv-00480-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

    28 U.S.C. § 2254 habeas corpus Petitioner Edward Adams seeks an extension of time to file an amended petition. (ECF No. 14.) Counsel for Petitioner explains that she was assigned to the case in March 2023 and is in the process of obtaining and organizing the state-court record, which she must review. She has also scheduled an in-person visit with Adams this month. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 14) is granted *nunc pro tunc*. The deadline to file the amended petition is extended to August 9, 2023.

    DATED THIS 15th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE