UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD ADAMS, | Case No. 3:22-cv-00480-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus Petitioner Edward Adams seeks an extension of time to file an amended petition. (ECF No. 16.) Counsel for Petitioner explains that she has met with Petitioner and reviewed state-court records and the trial transcript.[1] However, the investigation into the case is ongoing, and the investigator has key witnesses still to interview. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 16) is granted *nunc pro tunc*. The deadline to file the amended petition is extended to October 10, 2023.

DATED THIS 10th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This case was re-assigned to counsel when she joined the Federal Public Defender Non-Capital Habeas Unit earlier this year.