UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EDWARD ADAMS,

                                    Petitioner,

        v.

GARRETT, *et al.*,

                                    Respondents.

Case No. 3:22-cv-00480-MMD-CSD

ORDER

28 U.S.C. § 2254 habeas corpus Petitioner Edward Adams seeks an extension of time to file a second amended petition. (ECF No. 29.) Counsel for Petitioner explains that an expert is scheduled to evaluate Adams and render an opinion regarding trial counsel's alleged failure to present mitigation evidence at sentencing.[1] The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's second motion for extension of time to file a second amended petition (ECF No. 29) is granted. The deadline to file the amended petition is extended to April 30, 2024.

DATED THIS 15th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Adams is serving a sentence of 80 years to life.