UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD ADAMS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GARRETT, *et al.*,<br><br>　　　　Respondents. | Case No. 3:22-cv-00480-MMD-CSD<br><br>ORDER |

　　28 U.S.C. § 2254 habeas corpus Petitioner Edward Adams seeks an extension of time to file an opposition to Respondents' motion to dismiss. (ECF No. 38.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　It is therefore ordered that Petitioner's unopposed motion for extension of time to respond to the motion to dismiss (ECF No. 38) is granted *nunc pro tunc*. The deadline to file the response is extended to September 30, 2024.

　　DATED THIS 1st Day of August 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE