UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD ADAMS,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00480-MMD-CSD<br><br>ORDER |

Respondents ask the Court for an extension of time to respond to 28 U.S.C. § 2254 habeas corpus Petitioner Edward Adams' motion to stay case. (ECF No. 43.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the motion to stay (ECF No. 43) is granted *nunc pro tunc*. The deadline to file the opposition is extended to December 27, 2024.

DATED THIS 27th Day of November 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE