UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD ADAMS,<br><br>            Petitioner,<br><br>      v.<br><br>GARRETT, *et al.*,<br><br>            Respondents. | Case No. 3:22-cv-00480-MMD-CSD<br><br>ORDER |

Petitioner Edward Adams asks the Court for an extension of time to file a reply in support of his motion to stay his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 46.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the motion to stay (ECF No. 46) is granted *nunc pro tunc*. The deadline to file the reply is extended to January 13, 2025.

DATED THIS 3rd Day of January 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE